PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.   Docket # 4:07CR3159

**Theresa L. Reutzel**

*FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2008 APR 30 PM 4:13 OFFICE OF THE CLERK*

On May 11, 2006, Theresa Reutzel was sentenced to three years probation. Theresa Reutzel has complied with the rules and regulations of probation and no longer appears to be in need of supervision. It is accordingly recommended that she be discharged from probation.

Respectfully submitted,

*/s/ Jeff A. Anthens*
Jeff A. Anthens
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30th day of April, 2008.

*/s/ Warren K. Urbom*
The Honorable Warren K. Urbom
United States Senior District Judge